UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TARJAE STEPHENS,

    Plaintiff,

v.                                                                             4:24cv264–WS/MAF

MEDICREDIT INC.,

    Defendant.

_____

ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (ECF No. 14). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by June 27, 2025.

3. Potentially dispositive motions, if any, shall be filed by August 27, 2025.

4. Plaintiff's counsel shall advise the court on or before June 27, 2025,

whether and when the parties will attend mediation.

DONE AND ORDERED this __16th__ day of ___November___, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE